IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WAYNE ALLISON,<br><br>        Plaintiff,<br><br>vs.<br><br>FARMER BROS. CO., d/b/a FARMER BROTHERS,<br><br>        Defendant. | CV 17-2-BLG-SPW-TJC<br><br>**ORDER** |

    Defendant Farmer Bros. Co. moves for the admission of Julie Haddon to practice before this Court in this case with Bryan L. Taylor to act as local counsel. Ms. Haddon's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Haddon *pro hac vice* is GRANTED on the condition that Ms. Haddon shall do her own work. This means that Ms. Haddon must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Haddon, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

**IT IS ORDERED**.

DATED this 15th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge