IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WAYNE ALLISON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FARMER BROS. CO., d/b/a FARMER BROTHERS,<br><br>　　　　　Defendant. | CV 17-2-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Farmer Bros. Co. moves for the admission of Mark S. Possard to practice before this Court in this case with Bryan L. Taylor to act as local counsel. Mr. Posard's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Mr. Posard *pro hac vice* is GRANTED on the condition that Mr. Posard shall do his own work. This means that Mr. Posard must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Posard, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

**IT IS ORDERED**.

DATED this 15th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge