

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WAYNE ALLISON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FARMER BROS. CO., d/b/a FARMER BROS,<br><br>　　　　　　Defendants. | CV 17-02-BLG-SPW<br><br>ORDER |

Before the Court is Plaintiff's Motion *in Limine* (Doc. 40). In light of this Court's July 27, 2018, Order, granting Farmer Bros. summary judgment, the motion is DENIED as moot.

DATED this 27th day of July 2018.

　　　　　　　　　　　　　　　　　Susan P. Watters
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　United States District Judge

1