UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WAYNE ALLISON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FARMER BROS CO.,<br><br>　　　　　　　Defendant. | Case No. CV-17-02 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**　X　　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

Judgment is entered in favor of defendant Farmer Bros Co. and against plaintiff Wayne Allison as entered in the Courts Order Document 44.

Dated this 30th day of July, 2018.

　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　By: /s/ E.Hamnes
　　　　　　　　　　　　E.Hamnes , Deputy Clerk